﻿Citation Nr: 18106791
Decision Date: 05/31/18 Archive Date: 05/31/18

DOCKET NO. 14-13 160
DATE: May 31, 2018
REMANDED ISSUES
Service connection for prostate cancer is remanded.
An increased disability rating in excess of 30 percent for asthma prior to October 26, 2015 is remanded.
An increased disability rating in excess of 50 percent for sleep apnea with asthma from October 26, 2015 is remanded.
An increased (compensable) disability rating for sinusitis prior to June 24, 2015, and an evaluation in excess of 30 percent thereafter is remanded.
 
The Veteran had active service from August 1975 to September 1996. 
This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a February 2012 rating decision of the Department of Veterans Affairs (VA) Regional Office (RO), addressing the asthma and sinusitis claims.
A November 2014 rating decision, in part, denied service connection for prostate cancer and the Veteran has also appealed that claim.
A June 2015 rating decision granted a 30 percent disability rating for sinusitis effective June 24, 2015 creating a staged rating for that issue. 
In an April 2016 rating decision, the RO granted service connection for sleep apnea and combined the rating for that disability with asthma, which was already on appeal at that time. The RO recharacterized the combined disability as “sleep apnea with asthma” and assigned a combined 50 percent rating for the disability effective from November 22, 2015. Later, in an October 2016 rating decision, the effective date was set earlier to October 26, 2015. To this extent, the Board finds that the combined disability picture is currently included within the scope of this appeal. 
1. Service connection for prostate cancer.
2. An increased disability rating in excess of 30 percent for asthma prior to October 26, 2015.
3. An increased disability rating in excess of 50 percent for sleep apnea with asthma from October 26, 2015. 
4. An increased (compensable) disability rating for sinusitis prior to June 24, 2015, and an evaluation in excess of 30 percent thereafter. 
These issues must be remanded for consideration of additional evidence and subsequent issuance of a supplemental statement of the case (SSOC). The Board sent the Veteran a letter in March 2018 informing him that additional evidence had been added to the claims file since the last adjudication by the RO. Later in March 2018, the Veteran informed the Board that he wished the Board to remand to the case to the RO for review of the additional evidence. See 38 C.F.R. § 20.1304(c).
Accordingly, the matter is REMANDED for the following action:
After completing any preliminary action needed, consider the additional evidence received since the June 2015 SSOC for sinusitis and asthma/sleep apnea, and since the May 2016 statement of the case (SOC) for prostate cancer. If the benefits sought are not granted in full, issue an SSOC and return the case to the Board. 
 
RYAN T KESSEL
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD C. Bosely, Counsel